J. SEWARD JOHNSON v. TOWNSHIP OF PRINCETON.

May 16, 1984.

Petition for certification denied.

RUTHERFORD EDUCATION ASSOCIATION v. BOARD OF
EDUCATION OF THE BOROUGH OF RUTHERFORD,
BERGEN COUNTY.

May 16, 1984.

Petition for certification granted.

DANIEL & IRVING SCHWARTZ, T/A SCHWARTZ FURNITURE
COMPANY v. DELTA ELECTRIC COMPANY OF N.J.

May 16, 1984.

Petition for certification denied.